**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District _____ District of _____ New York
                           *(State)*

Case number *(if known)*:_____ Chapter ___11___

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Admired Agents Limited |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** | N/A |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | <u>N/A</u> |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Rooms 3201-3210, Hong Kong Plaza | |
| Number   Street | Number   Street |
| 188 Connaught Road West, | |
| | P.O. Box |
| Hong Kong | |
| City        State     ZIP Code | City        State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number Street |
| | City        State     ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Admired Agents Limited                                                                    Case number *(if known)*_____
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | 1141 - Fishing |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☒ Chapter 11. *Check all that apply:* |
| |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | ☒ Yes. Debtor See attached Schedule 1 _____ Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor    Admired Agents Limited                                              Case number *(if known)*_____
          Name

**11. Why is the case filed in *this***    *Check all that apply:*
**district?**

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have**    ☒ No
**possession of any real**
**property or personal property**    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**that needs immediate**
**attention?**

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number         Street

_____

_____    _____    _____
City                                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

For more detailed information regarding rig insurance, see the [Motion of Debtors for Interim and Final Authority to Amend and Continue Their Insurance Programs and Pay All Obligations with Respect Thereto Pursuant to Sections 105(a), 362(d), 363(b), and 503(b) of the Bankruptcy Code and Bankruptcy Rules 4001, 6003, and 6004], filed concurrently herewith.

---

## Statistical and administrative information

**13. Debtor's estimation of**    *Check one:*
**available funds**
☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of**    ☒ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**              ☐ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000
                          ☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000
                          ☐ 200-999

**15. Estimated assets**    ☐ $0-$50,000              ☐ $1,000,001-$10 million ☒    ☐ $500,000,001-$1 billion
                          ☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
                          ☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
                          ☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor  Admired Agents Limited
       Name                                                     Case number (if known)_____

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/02/2017
              MM  / DD / YYYY

**✗** /s/ Ng Puay Yee                                   Ng Puay Yee
Signature of authorized representative of debtor          Printed name

Title  Authorized Representative

**18. Signature of attorney**

**✗** /s/ Matthew S. Barr
Signature of attorney for debtor

Matthew S. Barr
Printed name

Weil, Gotshal & Manges LLP
Firm name

767 Fifth Avenue
Address

New York, NY  10153
City/State/Zip

(212) 310-8000
Contact phone

Matt.Barr@weil.com
Email address

2800175                NY
Bar number             State

05/02/2017
Date

### Schedule 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). Pursuant to the Court's *Order Pursuant to 11 U.S.C. § 105(a) Directing Certain Orders in the Chapter 11 Cases of China Fishery Group Limited (Cayman), et al. Be Made Applicable to Subsequent Debtors*, the chapter 11 cases of this debtor and the affiliated entity identified below will be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure with the Initial Debtors Cases (as hereinafter defined).

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Admired Agents Limited | 17-_____ (JLG) | May 2, 2017 |
| Chiksano Management Limited | 17-_____ (JLG) | May 2, 2017 |
| Clamford Holding Limited | 17-_____ (JLG) | May 2, 2017 |
| Excel Concept Limited | 17-_____ (JLG) | May 2, 2017 |
| Gain Star Management Limited | 17-_____ (JLG) | May 2, 2017 |
| Grand Success Investment (Singapore) Private Limited | 17-_____ (JLG) | May 2, 2017 |
| Hill Cosmos International Limited | 17-_____ (JLG) | May 2, 2017 |
| Loyal Mark Holdings Limited | 17-_____ (JLG) | May 2, 2017 |
| Metro Island International Limited | 17-_____ (JLG) | May 2, 2017 |
| Mission Excel International Limited | 17-_____ (JLG) | May 2, 2017 |
| Natprop Investments Limited | 17-_____ (JLG) | May 2, 2017 |
| Pioneer Logistics Limited | 17-_____ (JLG) | May 2, 2017 |
| Sea Capital International Limited | 17-_____ (JLG) | May 2, 2017 |
| Shine Bright Management Limited | 17-_____ (JLG) | May 2, 2017 |
| Superb Choice International Limited | 17-_____ (JLG) | May 2, 2017 |
| Toyama Holdings Limited | 17-_____ (JLG) | May 2, 2017 |

On June 30, 2016, September 29, 2016, March 27, 2017, and April 17, 2017 as applicable, each of the affiliated entities listed below, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the Court (the "**Initial Debtors Cases**"). The Initial Debtors Cases have been consolidated for procedural purposes only and are being jointly administered under case number 16-11895.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| China Fishery Group Limited (Cayman) | 16-11895 (JLG) | June 30, 2016 |

Schedule 1 – Page 1

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Pacific Andes International Holdings Limited (Bermuda) | 16-11890 (JLG) | June 30, 2016 |
| N.S. Hong Investment (BVI) Limited | 16-11899 (JLG) | June 30, 2016 |
| South Pacific Shipping Agency Ltd (BVI) | 16-11924 (JLG) | June 30, 2016 |
| China Fisheries International Limited (Samoa) | 16-11896 (JLG) | June 30, 2016 |
| CFGL (Singapore) Private Limited | 16-11915 (JLG) | June 30, 2016 |
| Chanery Investment Inc. (BVI) | 16-11921 (JLG) | June 30, 2016 |
| Champion Maritime Ltd. (BVI) | 16-11922 (JLG) | June 30, 2016 |
| Growing Management Limited (BVI) | 16-11919 (JLG) | June 30, 2016 |
| Target Shipping Limited (Hong Kong) | 16-11920 (JLG) | June 30, 2016 |
| Fortress Agents Limited (BVI) | 16-11916 (JLG) | June 30, 2016 |
| Ocean Expert International Limited (BVI) | 16-11917 (JLG) | June 30, 2016 |
| Protein Trading Limited (Samoa) | 16-11923 (JLG) | June 30, 2016 |
| CFG Peru Investments Pte. Ltd. (Singapore) | 16-11914 (JLG) | June 30, 2016 |
| Smart Group Limited (Cayman) | 16-11910 (JLG) | June 30, 2016 |
| Super Investment Limited (Cayman) | 16-11903 (JLG) | June 30, 2016 |
| Pacific Andes Resources Development Limited | 16-12739 (JLG) | September 29, 2016 |
| Nouvelle Food International Ltd. | 17-10733 (JLG) | March 27, 2017 |
| Golden Target Pacific Limited | 17-10734 (JLG) | March 27, 2017 |
| Pacific Andes International Holdings (BVI) Limited | 17-11021 (JLG) | April 17, 2017 |
| Zhonggang Fisheries Limited | 17-11020 (JLG) | April 17, 2017 |

WEIL:\96114360\4\35234.0003

**ADMIRED AGENTS LIMITED**
(BVI Company Number: 589155)
(Incorporated in the Territory of the British Virgin Islands)
(the "**Company**")

**DIRECTORS' RESOLUTIONS IN WRITING PASSED PURSUANT TO THE COMPANY'S ARTICLES OF ASSOCIATION**

WHEREAS, each director in the board of directors (the "Board") of the Company has confirmed that he or she has no direct or indirect interest in any way in the matters considered herein;

WHEREAS, the Company is a member of the Pacific Andes group of companies (the "Pacific Andes Group");

WHEREAS, certain affiliates of the Company (the "Initial Debtors") filed voluntary petitions seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and their chapter 11 cases are currently pending before the Honorable Judge James L. Garrity in the United Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and are being jointly administered under case number 16-11895 (the "Affiliated Chapter 11 Cases");

WHEREAS, one of the primary reasons the Initial Debtors commenced the Affiliated Chapter 11 Cases was to bring the Pacific Andes Group's many creditors into a single forum so that its financial difficulties could be resolved in an efficient and transparent process and the entire group's capital structure could be reorganized to maximize value for all stakeholders;

WHEREAS, it is important to the Initial Debtors' administration of their chapter 11 cases that the Pacific Andes Group's assets are preserved and the Debtors are able to prevent adverse action from the third parties that could frustrate reorganization efforts;

WHEREAS, the Board has reviewed the Company's liabilities and liquidity, the strategic alternatives available to it, and the impact of such alternatives on the Company's business;

WHEREAS, having considered their duties, including but not limited to their duties to act in good faith, in the best interests of the Company and for proper purpose, the Board has determined that it is desirable and in the best interests of the Company that petitions be filed by the Company seeking relief under the provisions of the Bankruptcy Code in which the authority to operate as a debtor in possession will be sought; and

NOW, THEREFORE, IT IS:

RESOLVED, that in the judgment of the Board, having considered their duties, it is desirable and in the best interests of the Company that a voluntary petition (the "Petition") be filed by the Company under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

RESOLVED, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is further

RESOLVED, that Ng Puay Yee Annie (the "Designated Person") is authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as

all other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications, disclosure statements, plans, and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing; and it is further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP ("Weil") be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its counsel in connection with any case commenced by the Company under the Bankruptcy Code ("Bankruptcy Case"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Weil and all related matters; and it is further

RESOLVED, that the firm of RSR Consulting, LLC be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its financial consultant in connection with the Bankruptcy Case, and to take any and all actions in its capacity as such; and it is further

RESOLVED, that the firm of Goldin Associates, LLC be, and it hereby is, subject to Bankruptcy Court approval, authorized, empowered and directed to represent the Company as its financial advisor in connection with the Bankruptcy Case, and to take any and all actions in its capacity as such; and it is further

RESOLVED, that in addition to the existing signatories of the Company, the Designated Person is authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants and other professionals as appropriate in connection with any Bankruptcy Case and all related matters; and it is further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Person, and in addition to the existing signatories of the Company, the Designated Person is authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions; and it is further

RESOLVED, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) pledging or granting liens and mortgages on, or security interest in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that in addition to the existing signatories of the Company, the Designated Person is authorized, directed and empowered from time to time in the name and on behalf of the Company, to (i)

Ref: 17/LD-C009/Admired Agents
Directors' resolutions

take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officers may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (ii) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form as the officers performing or executing the same shall approve, and the performance or execution thereof by such officers shall be conclusive evidence of the approval thereof by such officers and by the Company; and it is further

RESOLVED, that all actions heretofore taken by any officer, manager or director of the Company in connection with the foregoing resolutions, the Petition and related matters be, and they hereby are, confirmed, ratified and approved in all respects; and it is further

RESOLVED, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, and in consultation with counsel, to develop, sign and file any and all pleadings, motions, applications, and other documents as are advisable or necessary to further the interests of the Company with respect to the Bankruptcy Case or the Bankruptcy Court; and it is further

RESOLVED, that Designated Person is authorized, directed and empowered, on behalf of and in the name of the Company, and in consultation with counsel, to develop, sign and file a plan of reorganization and disclosure statement for the Company, and amendments thereto as may be necessary from time to time, as are advisable or necessary to further the interests of the Company with respect to the Bankruptcy Case or the Bankruptcy Court and to undertake the process in accordance with applicable law of soliciting votes in favor of any such plan of reorganization so developed; and it is further

RESOLVED, that the Board waives any notice, procedural or other formalities requirements which may be required to hold a meeting of the Company's Board of Directors.

Dated this  May 2, 2017

For and on behalf of
**FOUNDER CAPITAL LIMITED**

............................................
Authorised Signature(s)

_____
Merits Group Limited
Director

For and on behalf of
**COVANCO VENTURES LIMITED**

............................................
Authorised Signature(s)

_____
Lucky Fountain Investments Limited
Director

| Fill in this information to Identify the case: |
| --- |
| Debtor Name:   Admired Agents Limited |
| United States Bankruptcy Court for the:   Southern District of New York |
| Case Number (If known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Perun Limited 80 Raffles Place #26-01 UOB Plaza One Singapore  048625  Singapore | | Trade Debt | Disputed | | | $96,123,952.55 |
| 2   Sang II Trading Co., Ltd Rm 504 125 Wonyang-Ro,  Seo-Gu Busan  602-030  South Korea | | Trade Debt | Disputed | | | $6,509.82 |

## CONSOLIDATED LIST OF CREDITORS (WHO ARE NOT INSIDERS) HOLDING THE 30 LARGEST UNSECURED CLAIMS[1]

| | Name of creditor and complete mailing address, including zip code | Amount of unsecured claim [2] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|
| 1 | TMF Trustee Ltd Corporate Trust 5th Fl, 6 St. Andrew St London  EC4A 3AE  United Kingdom | $296,000,000.00 |
| 2 | Rabobank NFS Finance 32/F, 3 Pacific Place 1 Queens Road East Hong Kong  China | $102,000,000.00 |
| 3 | Rabobank Intl, HK 32/F 3 Pacific Place I Queens Road East Hong Kong  China | $96,503,494.62 |
| 4 | DBS Bank (HK) Ltd 16th Fl, The Center 99 Queens Road Central Hong Kong  China | $96,503,494.62 |
| 5 | HSBC L16, HSBC Main Bldng 1 Queen's Road Central Hong Kong  China | $96,503,494.62 |
| 6 | Standard Chartered Bnk (HK) Ltd 15/F, Stndrd Charter Bnk Bldng 4-4A Des Voeux Road Central Hong Kong  China | $96,503,494.62 |
| 7 | Perun Limited 80 Raffles Place #26-01 UOB Plaza One Singapore  048625  Singapore | $96,123,952.55 |
| 8 | Maybank 18/F CITIC Tower 1 Tim Mei Avenue Central Hong Kong  China | $95,000,000.00 |
| 9 | Rabobank Pickenpack Facility Agmnt 32/F, Three Pacific Place 1 Queens Road East Hong Kong  China | $94,375,235.00 |
| 10 | Tapei Fubon Com Bk Co Ltd 12F 169, Sec 4, Ren Ai Rd Taipei  106886  Taiwan | $72,000,000.00 |
| 11 | CITIC 61-65 Des Voeux Road Central Hong Kong  China | $70,900,000.00 |
| 12 | Perun Limited 80 Raffles Place #26-01 UOB Plaza One Singapore  048625  Singapore | $69,834,128.15 |
| 13 | DBS 16th Floor, The Center 99 Queens Road Central Hong Kong  China | $58,000,000.00 |

---

[1] The following chart sets forth a consolidated list of creditors (excluding insiders) who hold the 30 largest unsecured claims against the Debtor and its affiliated Debtors jointly administered under case number 16-11895.

[2] The Debtor and each of its affiliated Debtors reserve all rights to assert that any of the amounts set forth herein reflect claims that are contingent, unliquidated or disputed.

| Name of creditor and complete mailing address, including zip code | Amount of unsecured claim [2]<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|
| 14 Maybank<br>18/F CITIC Tower<br>1 Tim Mei Avenue<br>Central Hong Kong  China | $40,000,000.00 |
| 15 China CITIC Bnk Intl Ltd<br>80th Fl, Intl Commerce Cntr<br>1 Austin West<br>Kowloon<br>Hong Kong  China | $32,167,831.54 |
| 16 Bank of America, N.A.<br>52/F. Cheung Kong Center<br>2 Queen's Road Central<br>Central Hong Kong  China | $30,000,000.00 |
| 17 Bank of America<br>52/F, Cheung Kong Center<br>2 Queens Rd Central<br>Central Hong Kong  China | $30,000,000.00 |
| 18 Rabobank<br>32/F, 3 Pacific Place<br>1 Queens Road East<br>Hong Kong  China | $22,000,000.00 |
| 19 Brndbrg Mrt Invst Hldng<br>L8, Medine Mews<br>La Chaussee<br>Port Louis  Mauritius | $15,558,581.87 |
| 20 Andes Int'l Qingdao Ship<br>N67 Yin Chuan Xi Rd, BID<br>Qingdao Amintn Ind Pk 4F1<br>Qingdao City, Shandong Province  266000  China | $13,651,769.99 |
| 21 Perun Limited<br>80 Raffles Place<br>#26-01 UOB Plaza One<br>Singapore  048625  Singapore | $12,903,110.98 |
| 22 Rabobank<br>32/F, 3 Pacific Place<br>1 Queens Road East<br>Hong Kong  China | $12,000,000.00 |
| 23 Fubon<br>Fubon Bank<br>38 Des Voeux Road<br>Central Hong Kong  China | $11,000,000.00 |
| 24 Perun Limited<br>80 Raffles Place<br>#26-01 UOB Plaza One<br>Singapore  048625  Singapore | $9,286,791.35 |
| 25 Merieux NutriSciences Corporation<br>111 E. Wacker Drive<br>Suite 2300<br>Chicago, IL  60601 | $8,994,953.00 |
| 26 Standard Charter Bank<br>Standard Charter Bank Building<br>5/F 4-4A Des Voeux Rd<br>Central Hong Kong  China | $8,000,000.00 |

| Name of creditor and complete mailing address, including zip code | Amount of unsecured claim [2]<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|
| 27  Sahara Investment Group Private Limited<br>#12-51 Anson Centre<br>51 Anson Road.<br>Singapore  079904  Singapore | $6,494,779.53 |
| 28  Altair Limited<br>80 Raffles Place<br>#26-01 UOB Plaza One<br>Singapore  048625  Singapore | $4,658,166.77 |
| 29  KBC Bank N.V.,<br>Hong Kong Branch<br>39/F. Central Plaza<br>18 Harbour Road<br>Hong Kong  China | $1,954,589.52 |
| 30  DLA PIPER HONG KONG<br>17th Flr, Edinburgh Twr<br>The Landmark<br>15 Queen's Road Central<br>Hong Kong  China | $1,789,232.13 |

Fill in this information to identify the case:

Debtor name: Admired Agents Limited

United States Bankruptcy Court for the: Southern    District of New York
                                                                          (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 02, 2017
             MM / DD / YYYY

/s/  Ng Puay Yee
_____
Signature of individual signing on behalf of debtor

Ng Puay Yee
_____
Printed name

Authorized Representative
_____
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**ADMIRED AGENTS LIMITED**                          :
                                                    :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**CHIKSANO MANAGEMENT**                             :
**LIMITED**                                         :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**CLAMFORD HOLDING LIMITED**                        :
                                                    :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**EXCEL CONCEPT LIMITED**                           :
                                                    :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**GAIN STAR MANAGEMENT**                            :
**LIMITED**                                         :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

In re:                                              :
                                                    :         **Chapter 11**
**GRAND SUCCESS INVESTMENT**                        :
**(SINGAPORE) PRIVATE LIMITED**                     :         **Case No. 17-_____ (___)**
                                                    :
          Debtor.                                   :
---------------------------------------------------------x

```
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
HILL COSMOS INTERNATIONAL                   :
LIMITED                                     :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
LOYAL MARK HOLDINGS                         :
LIMITED                                     :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
METRO ISLAND INTERNATIONAL                  :
LIMITED                                     :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
MISSION EXCEL INTERNATIONAL                 :
LIMITED                                     :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
NATPROP INVESTMENTS                         :
LIMITED                                     :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
In re:                                      :
                                            :      Chapter 11
PIONEER LOGISTICS LIMITED                   :
                                            :      Case No. 17-_____ (___)
                                            :
            Debtor.                         :
-------------------------------------------------x
```

2

```
---------------------------------------------------x
In re:                                      :
                                            :    Chapter 11
SEA CAPITAL INTERNATIONAL                   :
LIMITED                                     :    Case No. 17-_____ (___)
                                            :
            Debtor.                         :
---------------------------------------------------x
In re:                                      :
                                            :    Chapter 11
SHINE BRIGHT MANAGEMENT                     :
LIMITED                                     :    Case No. 17-_____ (___)
                                            :
            Debtor.                         :
---------------------------------------------------x
In re:                                      :
                                            :    Chapter 11
SUPERB CHOICE                               :
INTERNATIONAL LIMITED                       :    Case No. 17-_____ (___)
                                            :
            Debtor.                         :
---------------------------------------------------x
In re:                                      :
                                            :    Chapter 11
TOYAMA HOLDINGS                             :
LIMITED                                     :    Case No. 17-_____ (___)
                                            :
            Debtor.                         :
---------------------------------------------------x
```

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## <u>PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New

York, the debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession,

respectfully represent as follows:

1.    **Admired Agents Limited**.    Admired Agents Limited is not a publicly

traded company.    The only entity that directly owns 10% or more of the equity interests in

Admired Agents Limited is China Fisheries International Limited (Samoa).    The only entities

3

that indirectly own 10% or more of the equity interests in Admired Agents Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

2.    **Chiksano Management Limited**.  Chiksano Management Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Chiksano Management Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Chiksano Management Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

3.    **Clamford Holding Limited**.  Clamford Holding Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Clamford Holding Limited is Pacific Andes International Holdings Limited (Bermuda).  The only entities that indirectly own 10% or more of the equity interests in Clamford Holding

4

Limited are N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

4.     **Excel Concept Limited**.  Excel Concept Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Excel Concept Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Excel Concept Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

5.     **Gain Star Management Limited**.  Gain Star Management Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Gain Star Management Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Gain Star Management Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

5

6.    **Grand Success Investment (Singapore) Private Limited**.    Grand Success Investment (Singapore) Private Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Grand Success Investment (Singapore) Private Limited is Grandwell Investment Group Limited (HK).   The only entities that indirectly own 10% or more of the equity interests in Grand Success Investment (Singapore) Private Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Limited Holding, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

7.    **Hill Cosmos International Limited**.  Hill Cosmos International Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Hill Cosmos International Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Hill Cosmos International Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

WEIL:\96115049\2\35234.0003

8.      **Loyal Mark Holdings Limited**.  Loyal Mark Holdings Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Loyal Mark Holdings Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Loyal Mark Holdings Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

9.      **Metro Island International Limited**.  Metro Island International Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Metro Island International Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Metro Island International Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

10.     **Mission Excel International Limited**.   Mission Excel International Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the

7

equity interests in Mission Excel International Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Mission Excel International Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

11.    **Natprop Investments Limited**.  Natprop Investments Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Natprop Investments Limited is Richtown Development Limited (BVI).  The only entities that indirectly own 10% or more of the equity interests in Natprop Investments Limited are Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

12.    **Pioneer Logistics Limited**.  Pioneer Logistics Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Pioneer Logistics Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Pioneer Logistics Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific

8

Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

13.     **Sea Capital International Limited**.  Sea Capital International Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Sea Capital International Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Sea Capital International Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

14.     **Shine Bright Management Limited**.  Shine Bright Management Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Shine Bright Management Limited is China Fisheries International Limited (Samoa). The only entities that indirectly own 10% or more of the equity interests in Shine Bright Management Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific

9

Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

15.     **Superb Choice International Limited**.   Superb Choice International Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Superb Choice International Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Superb Choice International Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

16.     **Toyama Holdings Limited**.  Toyama Holdings Limited is not a publicly traded company.  The only entity that directly owns 10% or more of the equity interests in Toyama Holdings Limited is China Fisheries International Limited (Samoa).  The only entities that indirectly own 10% or more of the equity interests in Toyama Holdings Limited are Smart Group Limited (Cayman), China Fishery Group Limited (Cayman), Super Investment Limited (Cayman), Zhonggang Fisheries Limited, Sunbridge Holding Limited, Golden Target Pacific Limited, Richtown Development Limited (BVI), Pacific Andes Resources Development Limited (Bermuda), Clamford Holding Limited (BVI), Pacific Andes International Holdings Limited

(Bermuda), N.S. Hong Investment (BVI) Limited, R&J Investment Limited, JCNG Investment Limited, NJK Investment Ltd., and Pacific Innovation (BVI) Limited.

WEIL:\96115049\2\35234.0003

**Fill in this information to identify the case:**

Debtor name: Admired Agents Limited

United States Bankruptcy Court for the: Southern District of New York
                                                                         (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  *Other document that requires a declaration*    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 02, 2017
              MM / DD / YYYY

/s/  Ng Puay Yee
_____
Signature of individual signing on behalf of debtor

Ng Puay Yee
_____
Printed name

Authorized Representative
_____
Position or relationship to debtor