WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matthew S. Barr
Marcia Goldstein
Gabriel A. Morgan

*Attorneys for Certain Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN),** *et al.*, | **Case No. 16-11895 (JLG)** |
| | **(Jointly Administered)** |
| Debtors.[1] | |

------------------------------------------------------------------x

**NOTICE OF COMMENCEMENT OF
CHAPTER 11 CASES AND JOINT ADMINISTRATION**

**PLEASE TAKE NOTICE** that China Fishery Group Limited (Cayman) ("**CFGL**") and its affiliated debtors (collectively, the "**Initial Debtors**") in the above-captioned chapter 11 cases, as debtors and debtors-in-possession, previously commenced cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

---

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Golden Target Pacific Limited (BVI), Nouvelle Foods International Ltd. (BVI), Pacific Andes International Holdings (BVI) Limited, and Zhonggang Fisheries Limited.

**PLEASE TAKE FURTHER NOTICE** that, on May 2, 2017, the following sixteen affiliates of the Initial Debtors commenced chapter 11 cases with the Bankruptcy Court by filing petitions for relief under the Bankruptcy Code (the "**Additional Debtors**"):

|     | Additional Debtor | Case Number |
| --- | --- | --- |
| 1.  | Admired Agents Limited | 17-11206 (JLG) |
| 2.  | Chiksano Management Limited | 17-11207 (JLG) |
| 3.  | Clamford Holding Limited | 17-11208 (JLG) |
| 4.  | Excel Concept Limited | 17-11209 (JLG) |
| 5.  | Gain Star Management Limited | 17-11210 (JLG) |
| 6.  | Grand Success Investment (Singapore) Private Limited | 17-11211 (JLG) |
| 7.  | Hill Cosmos International Limited | 17-11212 (JLG) |
| 8.  | Loyal Mark Holdings Limited | 17-11213 (JLG) |
| 9.  | Metro Island International Limited | 17-11214 (JLG) |
| 10. | Mission Excel International Limited | 17-11215 (JLG) |
| 11. | Natprop Investments Limited | 17-11216 (JLG) |
| 12. | Pioneer Logistics Limited | 17-11217 (JLG) |
| 13. | Sea Capital International Limited | 17-11218 (JLG) |
| 14. | Shine Bright Management Limited | 17-11219 (JLG) |
| 15. | Superb Choice International Limited | 17-11220 (JLG) |
| 16. | Toyama Holdings Limited | 17-11221 (JLG) |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Court's *Order Pursuant to 11 U.S.C. § 105(a) Directing Certain Orders in the Chapter 11 Cases of China Fishery Group Limited (Cayman), et al. Be Made Applicable to Subsequent Debtors* [Case No. 17-10733, ECF No. 12; Case No. 17-10734, ECF No. 12] (the "**Additional Debtors Order**"), the Declaration of Ng Puay Yee Pursuant to Rule 1007-2 of the Local Bankruptcy

WEIL:\96113401\2\35234.0003

Rules for the Southern District of New York, dated March 27, 2017, and filed in support of the Additional Debtors Order [Case No. 17-10733, ECF No. 2; Case No. 17-10734, ECF No. 2] is hereby incorporated by reference with respect to each Additional Debtor.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Additional Debtors Order, all generally applicable orders currently pending in the Initial Debtors' chapter 11 cases and the following orders entered in the Initial Debtors' chapter 11 cases shall be made applicable to the Additional Debtors:

| ECF No. | Order |
|---|---|
| 26 | Order Enforcing Sections 362, 365 and 525 of The Bankruptcy Code |
| 27 | Order Granting Motion for Joint Administration |
| 30 | Order Extending the Debtors' Time to File Schedules and Statements and Granting Additional Time to File 2015.3 Report |
| 88 | Order Authorizing Retention and Employment of RSR Consulting, LLC as Restructuring Consultant for Debtors and Debtors in Possession effective *Nunc Pro Tunc* to Petition Date |
| 92 | Order Authorizing Retention and Employment of Goldin Associates, LLC as Financial Advisor to Debtors and Debtors in Possession effective *Nunc Pro Tunc* to Petition Date. |
| 93 | Order Authorizing the Debtors to (A) Continue their Cash Management System, (B) Honor certain prepetition obligations related thereto, and (C) Maintain existing Bank Accounts |
| 199 | Order Establishing procedures for Monthly Compensation and Reimbursement of Expenses of Professionals |
| 295 | Order Implementing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business |
| 492 | Order Granting Application to Employ Weil, Gotshal & Manges LLP as Attorneys for Certain Debtors |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Additional Debtors Order, the Additional Debtors' chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered by the Bankruptcy Court under Case No. 16-11895. The caption of the jointly administered cases shall be updated as follows:

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                             :     **Chapter 11**
                                                   :
**CHINA FISHERY GROUP LIMITED**                    :     Case No. 16-11895 (JLG)
**(CAYMAN)**, *et al.*,                            :
                                                   :     **(Jointly Administered)**
         Debtors. [1]                              :
---------------------------------------------------------------x

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd. (BVI), Golden Target Pacific Limited (BVI), Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited (BVI), Admired Agents Limited (BVI), Chiksano Management Limited (BVI), Clamford Holding Limited (BVI), Excel Concept Limited (BVI), Gain Star Management Limited (BVI), Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited (BVI), Loyal Mark Holdings Limited (BVI), Metro Island International Limited (BVI), Mission Excel International Limited (BVI), Natprop Investments Limited, Pioneer Logistics Limited (BVI), Sea Capital International Limited (BVI), Shine Bright Management Limited (BVI), Superb Choice International Limited (BVI), and Toyama Holdings Limited (BVI).

Dated: May 2, 2017
       New York, New York

                                    /s/ *Matthew S. Barr*
                                    Matthew S. Barr
                                    Marcia Goldstein
                                    Gabriel A. Morgan
                                    **WEIL, GOTSHAL & MANGES LLP**
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for Certain Debtors*
                                    *and Debtors in Possession*

4